John LEWIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38691.

Missouri Court of Appeals,
Western District.

June 2, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Jeffrey Philip Dix, Asst. Atty. Gen. Jefferson City, for respondent.

Before LOWENTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

## ORDER

PER CURIAM:

From a judgment following an evidentiary hearing on Lewis' motion for Rule 27.26 relief, Lewis appeals. Judgment affirmed. Rule 84.16(b).